UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **CASSANDRA YOUNG,**  )<br>)<br>Plaintiff  )<br>)<br>)<br>v.  )<br>)<br>**STARBUCKS,**  )<br>)<br>Defendant  )<br>)<br>) | Docket No. 19-CV-576-LEW |

## NOTICE OF DISMISSAL

**NOW COMES** Plaintiff, Cassandra Young, by and through counsel, Sarah A. Churchill, Esq., and hereby files this notice of dismissal pursuant to rule 41(a)(1)(A)(i).  The opposing party has not served an answer or motion for summary judgment.  Plaintiff wishes to dismiss all counts in the complaint that are currently pending.  This dismissal is with prejudice.  Both parties are to be responsible for their own attorney's fees and costs.

Dated: March 19, 2020				By:  Nichols & Churchill, PA

					  __/s/ Sarah A. Churchill_____
					Sarah A. Churchill, Esq.
					Maine Bar No. 9320
					Attorney for Plaintiff

2

                                      NICHOLS & CHURCHILL, PA
                                      1250 Forest Avenue
                                      Portland, ME 04103
                                      (207)879-4000
                                      schurchill@nicholschurchill.com